# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 22-CR-307 |
| | : | |
| v. | : | |
| | : | |
| **SUSAN MANWARING,** | : | VIOLATION: |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| Defendant. | : | **(Unlawful Parading, Demonstrating, or** |
| | : | **Picketing in a Capitol Building)** |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **SUSAN MANWARING** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                                      Respectfully submitted,

                                                      MATTHEW M. GRAVES
                                                      United States Attorney
                                                      D.C. Bar No. 481052.

                                        By: _____/s/_____
                                        MICHAEL M. GORDON
                                        Assistant United States Attorney United
                                        States Attorney's Office
                                        601 D Street, N.W.
                                        Washington, D.C.  20579
                                        Telephone: 813- 274-6370
                                        MICHAEL.GORDON3@USDOJ.GOV