IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-307(CJN) |
| | ) | |
| | ) | |
| SUSAN MANWARING | ) | |

**Motion for admission of attorney Scott C. Williams *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Susan Manwaring moves for the admission and appearance of attorney Scott C. Williams *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Williams, filed herewith.  As set forth in Mr. William's declaration, he is admitted and an active member in good standing in the following courts and bars:

1. Utah, bar number 06687; United States District Court for the District of Utah; and

2. The United States Supreme Court.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court. The declaration of Mr. Williams has a certificate of good standing attached as Exhibit 1.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  #509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 28th day of September, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

_____/S/_____
Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-307 (CJN) |
| | ) | |
| | ) | |
| SUSAN MANWARING | ) | |

**ORDER**

Pending before the Court is the motion of defendant SUSAN MANWARING seeking admission of her attorney, Scott C. Williams for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court **GRANTS** attorney Williams *pro hac vice* admission to this Court. It is **FURTHER ORDERED** that Attorney Williams shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Attorney Williams is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

**SO ORDERED** this _____ day of September, 2022.

_____
Carl J. Nichols
United States District Judge