**SCOTT C. WILLIAMS #6687**
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700
scwlegal@gmail.com

Attorney for Defendant

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  **Plaintiff,**  v.  **SUSAN MANWARING,**  **Defendant.** | **APPEARANCE OF COUNSEL**  **Case No. 1:22-cr-00307-CJN**  **Honorable Judge Carl J. Nichols** |

    Scott C. Williams hereby enters his appearance of counsel on behalf of defendant Susan Manwaring in the above-captioned matter.

    Respectfully submitted this 5th day of October 2022

                                      */s/ Scott C. Williams*
                                      SCOTT C. WILLIAMS
                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed via CM/ECF, the 5th day of October 2022, and thus delivered to the parties of record in pursuant to the rules of the Clerk of Court.

/s/ Julia Frys