# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 22-CR-307 (CJN)** |
| : | |
| **SUSAN MANWARING,** : | |
| : | |
| **Defendant.** : | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America hereby moves this Court for a two week continuance of sentencing, which is scheduled for January 19, 2023. In support of its motion, the government states that government counsel is currently conducting the trial of *United States v. Richard Barnett*, 1:21-cr-38 (CRC). As soon as the *Barnett* trial concludes, government counsel will immediately begin trial in *United States v. Kirstyn Niemela*, 1:21-cr-623 (CRC). Accordingly, government counsel will not be available until January 30, 2023, or any date after.

WHEREFORE, the government respectfully requests that this Court grant the motion for a two week continuance of sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ Michael M. Gordon
Michael M. Gordon
Assistant United States Attorney, Detailee
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 813-274-6370
michael.gordon3@usdoj.gov